## DUNLAP v. STATE.

No. 26936.

Court of Criminal Appeals of Texas.

April 7, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction, on a plea of guilty before the court, is for the offense of driving a motor vehicle while intoxicated; the punishment, a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review by this court.

The judgment is affirmed.